**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7916**

_____

CHRISTOPHER COLYN GUTKNECHT,

                                        Petitioner - Appellant,

        versus

ALTON BASKERVILLE, Warden,

                                        Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-02-554)

_____

Submitted:  March 6, 2003          Decided:  March 14, 2003

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Christopher Colyn Gutknecht, Appellant Pro Se.  Jennifer Ransom
Franklin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Colyn Gutknecht seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Gutknecht has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, __ U.S. ____, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED